**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 533 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 61 EDA 2021 |
| | : | entered on November 19, 2021, |
| KWABENA SINCLAIR, | : | **vacating and remanding** the Order |
| | : | of the Philadelphia County Court of |
| Petitioner | : | Common Pleas at No. CP-51-CR- |
| | : | 0001771-2017 entered on |
| | : | November 19, 2020 |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of October, 2022, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Humphrey*, ___ A.3d ___, 2022 WL 4542120 (Pa. filed Sep. 29, 2022).